IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>THOMAS LEONE HENRY,<br><br>         Defendant. | 4:25CR 3076<br><br>INDICTMENT |

The Grand Jury charges that:

<u>COUNT I</u>

On or about May 30, 2025, in the District of Nebraska, Defendant THOMAS LEONE HENRY did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance and 400 grams or more of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

                                                                                                   #26800

for _____
SARA E. FULLERTON #18314
United States Attorney

1