**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    **Plaintiff,**<br><br>  **vs.**<br><br>**THOMAS LEONE HENRY,**<br><br>    **Defendant.** | 4:25CR3076<br><br><br>**ORDER** |

The government has filed a joint Motion to Extend (Filing No. 22).  Accordingly,

**IT IS ORDERED:**

1.  The telephone status conference scheduled for February 11, 2026, is canceled.

2.  On or before February 18, 2026, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

3.  A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **February 25, 2026, at 9:00 a.m.** Counsel for all parties shall use the conference instructions at filing 11 to participate in the call.

4.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between today's date and February 25, 2026, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 4th day of February, 2026.

          BY THE COURT:

          *s/ Jacqueline M. DeLuca*
          United States Magistrate Judge