IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>THOMAS LEONE HENRY,<br><br>            Defendant. | **4:25CR3076**<br><br><br>**ORDER** |

Defendant has orally moved to continue the deadline to object to the Magistrate Judge's findings and recommendations (Filing No. 40), because Defendant needs additional time to determine whether he wants to supplement his objection after consulting with his new counsel. The motion to continue is unopposed. Based on the comments of counsel during the hearing, the court finds good cause has been shown and the motion should be granted. Accordingly,

IT IS ORDERED:

1)   Defendant's motion to continue the deadline to object to the Magistrate Judge's findings and recommendations is granted.

2)   Any supplement to the Objection to the Magistrate Judge's Findings and Recommendations shall be filed on or before July 10, 2026.

3)   Any response brief to defendant's objection shall be filed within fourteen days of Defendant's supplement or, if no supplement is filed, on or before July 24, 2026.

4)   The Court finds that that the ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and July 24, 2026 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice and would unreasonably deny defendant continuity of counsel. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 10th day of June, 2025.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge