IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS LEONE HENRY,<br><br>Defendant. | **4:25CR3076**<br><br>**ORDER** |

Defendant has moved to continue the deadline to object to the Magistrate Judge's findings and recommendations (Filing No. 54), because Defendant needs additional time to make corrections to his supplemental objection. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue the deadline to object to the Magistrate Judge's findings and recommendations (Filing No. 54), is granted.

2) Any supplement to the Objection to the Magistrate Judge's Findings and Recommendations shall be filed on or before September 30, 2026.

3) Any response brief to defendant's objection shall be filed within fourteen days of Defendant's supplement or, if no supplement is filed, on or before October 14, 2026.

4) The Court finds that that the ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and October 14, 2026 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice and would unreasonably deny defendant continuity of counsel. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 25th day of August, 2026.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge