IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>THOMAS LEONE HENRY,<br><br>Defendant. | **4:25CR3076**<br><br>**ORDER** |

Defendant has moved to stay the deadline to supplement Defendant's objections to the Magistrate Judge's Findings and Recommendations (Filing No. 59) because Defendant intends to file an additional motion to suppress. The motion is unopposed. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

IT IS ORDERED:

1. Defendant's motion to stay the deadline to submit a supplement to Defendant's objection to the Magistrate Judge's Findings and Recommendation (Filing No. 59), is granted.

2. Any supplement to Defendant's objections to the Magistrate Judge's Findings and Recommendations (Filing No. 59) shall be filed at the same time as any objections to the Findings and Recommendations related to any additional Motion to Suppress or, if no additional Motion to Suppress is filed, by the pretrial motion deadline.

3. Any response brief to defendant's objection shall be filed within fourteen days of Defendant's supplement. If no supplement is filed, any response brief to defendant's objection shall be filed fourteen days after an objection to a Findings and Recommendation on an additional motion to suppress is filed. If no supplement or additional motion to suppress is filed, any response brief to defendant's objection shall be filed fourteen days after the pretrial motions deadline.

Dated this 9th day of October, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge