IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>THOMAS LEONE HENRY,<br><br>Defendant. | **4:25CR3076**<br><br>**ORDER** |

Defendant has moved to continue the pretrial motion deadline, (Filing No. 64), because Defendant has recently received additional discovery from the government and intends to file an amended motion to suppress. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 64), is granted.

2) Pretrial motions and briefs shall be filed on or before January 22, 2027.

3) The Court finds that the ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and January 22, 2027 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 19th day of November, 2026.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge